(No. 75-CC-420–)

ANGELA J. D'AVERSA, Claimant, *vs.* STATE OF ILLINOIS, Respondent.

*Opinion filed December 6, 1974.*

ANGELA J. D'AVERSA, Claimant, pro se.

WILLIAM J. SCOTT, Attorney General; WILLIAM E. WEBBER, Assistant Attorney General, for Respondent.

PER CURIAM.

(No. 75-CC-427–)

KANKAKEE DAILY JOURNAL Co., Claimant, *vs.* STATE OF ILLINOIS, DEPARTMENT OF TRANSPORTATION, Respondent.

*Opinion filed December 6, 1974.*

KANKAKEE DAILY JOURNAL Co, Claimant, pro se.

WILLIAM J. SCOTT, Attorney General; MARTIN A. SOLL, Assistant Attorney General, for Respondent.

PER CURIAM.